# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIUS AUGUSTINE KENNETH PEYTON, a.k.a. ELLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTT SPIELMAN,<br>Kern County Deputy District Attorney,<br><br>    Defendant. | Case No. 1:07-cv-0477 OWW TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS COMPLAINT WITH PREJUDICE<br>(Doc. 14) |

On March 27, 2007, Plaintiff Aurelius Augustinus Kenneth Peyton ("Plaintiff"), a pre-trial detainee, filed a pro se civil rights complaint, 42 U.S.C. § 1983, alleging that Kern County Deputy District Attorney Scott Spielman ("Defendant") knew, or should have known, that the investigating police detective was providing false and misleading evidence against him. (Doc. 1). This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

On April 27, 2007, the Magistrate Judge granted Plaintiff leave to proceed in forma pauperis and, in accordance with 28 U.S.C. § 1915(e)(2)(B), screened Plaintiff's complaint. (Doc. 4). After initially determining that the complaint stated claims upon which relief could be granted, the Magistrate Judge subsequently reconsidered its April 27, 2007, order, sua sponte, and concluded that Plaintiff's allegations failed to state a cognizable claim under 42 U.S.C. § 1983 and that this Court should refrain from action relating to ongoing state criminal proceedings. (Docs. 4, 13).

On October 25, 2007, the Magistrate Judge issued Findings and Recommendations,

1

1  recommending that Plaintiff's complaint be dismissed for failure to state a claim and for reasons of
2  comity. (Doc. 14).  This document was served on all parties and contained notice that Plaintiff's
3  objections were to be filed on or before November 14, 2007. (Doc. 14).  To date, no objections have
4  been filed.

5        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil
6  Procedure 72(b), and Local Rule 72-304, this Court has conducted a <u>de novo</u> review of the case.
7  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations
8  filed on October 24, 2007, are supported by the record and by the Magistrate Judge's analysis.

9        Accordingly, IT IS HEREBY ORDERED that:

10      1.  The Findings and Recommendations (Doc. 14), filed October 14, 2007, are ADOPTED
11  IN FULL;

12      2.  This action is DISMISSED WITH PREJUDICE; and

13      3.  The Clerk is DIRECTED to close this case.

14  IT IS SO ORDERED.

15  **Dated:   November 19, 2007**          **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE